IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**THE TRAVELERS INDEMNITY**
**COMPANY,** *et al.*                                                                                **PLAINTIFFS**

V.                                                    CIVIL ACTION NO. 2:14-CV-22-KS-MTP

**FORREST COUNTY,** *et al.*                                                                **DEFENDANTS**

#### ORDER

On March 15, 2017, Defendants/Counter-Plaintiffs Estate of Philip Bivens, Estate of Larry Ruffin, Estate of Bobby Ray Dixon, Laturas Smith, and Carrie Strong filed a Renewed Motion for Partial Summary Judgment [550] as to Scottsdale Insurance Company's duty to defend in the underlying case. Due to internal matters of scheduling and docket management, the Court requires an expedited briefing schedule for this motion. Respondent, Scottsdale Insurance Company, shall file a response on or before **March 24, 2017**. If Movants wish to file a reply, they may do so on or before **March 27, 2017**.

SO ORDERED AND ADJUDGED this   16th   day of March, 2017.

                                                    s/ Keith Starrett
                                          UNITED STATES DISTRICT JUDGE